IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MOMOLU SIRLEAF, *et al.*,

    Plaintiffs,

v.    Civil Action No. **3:15CV552**

DAVID ROBINSON, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 8, 2015, the Court conditionally docketed Plaintiffs' civil action. At that time, the Court directed Plaintiff Aaron Lewis to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff Lewis with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Plaintiff Lewis to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff Lewis that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff Lewis has not complied with the orders of this Court. Plaintiff Lewis failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form. As a result, Plaintiff Lewis does not qualify for *in forma pauperis* status. Furthermore, Plaintiff Lewis has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, all claims brought by Plaintiff Lewis will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ M. Hannah Lauck
United States District Judge

Date: DEC 1 1 2015
Richmond, Virginia

2